400 A.2d 635

Commonwealth v. Garcia, Appellant.

Submitted June 13, 1977. Edward F. Browne, Jr., for appellant; D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

400 A.2d 635

Commonwealth v. Goodson, Appellant.
Petition for Allowance of Appeal Granted April 9, 1979.

Submitted September 15, 1978. Edmund G. Myers, for appellant; George E. Hoffer, First Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.